UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
SEP 16 PM 3:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Larry A. Burns__
FROM: __R. Uran,__ Deputy Clerk       RECEIVED DATE: __9/13/2011__
CASE NO.: __8cr3370-LAB__       DOCUMENT FILED BY: __Juan Ramon Banuelos-Gonzalez__
CASE TITLE: __USA v. Banelos-Gonzalez et al__
DOCUMENT ENTITLED: __Motion for Continuance__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ Local Rule | Discrepancy |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default Judgment in sum certain includes calculated interest |
| ☒ | OTHER: Missing Certificate of Service. |

Date forwarded: __9/13/11__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __LARRY A. BURNS__
                      U.S. DISTRICT JUDGE

Dated: __9-15-11__       By: _/s/ Larry A. Burns/_____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE UNITED STATES OF AMERICA

**REJECTED**

| | |
|---|---|
| The United States of America, ) | |
| Plaintiff ) | |
| (Responsdent) ) | |
| ) | |
| vs ) | CASE No.: 08-CR-3370-LAB |
| ) | |
| Juan Ramon Banuelos-Gonzalez, ) | [THE HONORABLE DISTRICT JUDGE] |
| Defendant ) | |
| (Petitioner) ) | |

## MOTION FOR CONTINUANCE AND REQUEST FOR EXTENSION OF TIME TO SEEK RELIEF UNDER HABEAS CORPUS THROUGH TITLE 28 USC § 2255 BASED UPON CIRCUMSTANCES OUTSIDE OF PETITIONER'S CONTROL

NOW COMES, Juan Ramon Banuelos-Gonzalez (Defendant), as represented in propria personam, sui juris, and acting on his own behalf and as his own legal counsel, hereby places upon this Honorable Court, a petition requesting an extension of time in which to file a Motion in Habeas Corpus for relief sought under Title 28 U.S.C. Section § 2255 to which such Motion was delayed due to circumstances outside of Petitioner's control including; Defendant only recently received his personal and legal files from prison transfer, Defendant was detained within a County holding facility for 14 months precluding him access to proper legal research and language support, Defendant remained in transit for multiple weeks until his arrival into his current facility where he was further housed within the Special Housing Unit, Defendant was detained from access to the legal library and files during multiple lock-downs and food strikes at the prison, and Defendant believed that his previous counsel filed a "Direct Appeal" thus rendering his time as appropriate in the second year following sentence. An accompanying memorandum of law in support of this motion shall be included contemporaneously herewith.

DATE SUBMITTED: September 7, 2011

RESPECTFULLY SUBMITTED BY:

x _____
Juan Ramon Banuelos-Gonzalez