UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO:   X U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Larry Alan Burns

FROM:   A. Rowland,   Deputy Clerk   RECEIVED DATE:   7/23/2012
CASE NO.:   08-cr-03370-LAB-1   DOCUMENT FILED BY:   Juan Ramon Banuelos-Gonzalez
CASE TITLE:   USA v. Banuelos-Gonzalez
DOCUMENT ENTITLED:   Motion for Production of Trial Transcripts and Related Documents

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Case closed; case not on appeal. |

Date forwarded:   7/24/2012

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**
IT IS HEREBY ORDERED:

☐   The document is to be filed nunc pro tunc to date received.

☑   The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

LARRY ALAN BURNS
CHAMBERS OF:   U.S. DISTRICT JUDGE

Dated:   7/24/12   By:
cc: All Parties



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

JUAN RAMON BANUELOS-GONZALEZ,
              Petitioner,

         VS.                              CASE NO.: 3:08 CR 03370-LAB

UNITED STATES OF AMERICA,                 HON. LARRY ALAN BURNS
              Respondent,                      JUDGE PRESIDING

------------------------------x

## MOTION FOR PRODUCTION OF TRIAL TRANSCRIPTS AND RELATED DOCUMENTS

**COMES, NOW,** Juan Ramon Banuelos-Gonzalez, pro se, and respectfully request of this honorable court to prepare and certify a complete record of the proceedings in the above entitled matter of USA v. JUAN RAMON BANUELOS-GONZALEZ, 3:08 CR 003370-LAB, in its entirety as it is of a manifest necessity to this pro se petitioner/movant in preparing an effective and meaningful post-conviction appeal in the U.S. District Court For The Northern District Of Ohio. The Petitioner avers the following grounds in support thereof:

-1-

A verbatim transcript is necessary to resolve genuine issues of facts that would constitute good cause and grounds for filing a post-conviction habeas corpus motion. The particular issues sought to be resolved stem from a guilty plea before this honorable court. A guilty plea involves the waiver of valuable constitutional and statutory rights, and "presuming waiver from a silent record is impermissible." Carnley v. Cochran, 369 U.S. 506, 516 (1962). The petitioner avers that his constitutional rights have been violated

NAME: Juan Ramon Banuelos-Gonzalez
REG.: 09459-298
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
20 JUL 2012 PM 1 L

✧09459-298✧
Clerk Us District Court
Edwar J. Schwarts Fed.Bui
880 Front ST
Suite 4290
SAN Diego, CA 92101
United States

★ Legal Mail

